...oup LLC and Apple American Group II, LLC is pr... indication o...
impacted the privacy of certain information related to you. Although there is no indication of ... and additional in relation to this event, we are providing you with information about the event, our response to it, and additional measures you may take to better protect your information, should you feel it appropriate to do so.

**What Happened?** On April 9, 2026, we became aware of suspicious network activity and promptly took steps to secure our systems. In response, we also launched a comprehensive investigation to determine the full nature and scope of the activity. The investigation determined that an unknown actor accessed certain servers between April 8, 2026 and April 9, 2026, and accessed or acquired certain files during that time. We then undertook a review of the involved files to determine what was contained therein and to whom it related. Recently, it was determined that information related to you may have been present in the involved files.

**What Information Was Involved?** The following types of information could have been impacted, if you provided this information to us during the course of your employment: name, Social Security number, financial account information, payment card information, driver's license number or other government-issued ID number, medical information, health insurance information, and/or user account information.

**What We Are Doing.** Upon learning of this event, we immediately took steps to secure our systems and conducted an investigation to confirm the nature and scope of the activity and determine who may be affected. Additionally, while we have safeguards in place to protect data in our care, we have taken steps to further enhance these protections and continue to monitor these safeguards as part of our ongoing commitment to data security. We are notifying individuals about this matter and providing guidance about free resources that are available to assist with monitoring relevant accounts, credit reports, and how to place a fraud alert or security freeze on one's credit file. We are also offering complimentary identity monitoring services.

**What You Can Do.** Upon learning of this event, we immediately took steps to secure our systems and conducted an investigation to confirm the nature and scope of the activity and determine who may be affected. Additionally, while we have safeguards in place to protect data in our care, we have taken steps to further enhance these protections and continue to monitor these safeguards as part of our ongoing commitment to data security. In an abundance of caution, we are notifying all individuals who could have been impacted about this matter and providing guidance about free resources that are available to assist with monitoring relevant accounts, credit reports, and how to place a fraud alert or security freeze on one's credit file.