**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CINDRICH,** | ) | **CASE NO. 5:26 CV 2091** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| **vs.** | ) | |
| | ) | |
| **APPLE AMERICAN GROUP LLC,** | ) | |
| **ET AL.,** | ) | **CONSENT TO TRANSFER AND** |
| | ) | **ORDER OF TRANSFER** |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Local Civil Rule 3.1, a case may be transferred as related only with the concurrence of both the transferee and the transferor judges. The undersigned are the transferee and the transferor judges, each of whom hereby consents to the transfer.

*/s/ Donald C. Nugent*
JUDGE DONALD C. NUGENT
Transferor Judge

*/s/ Dan Aaron Polster*
JUDGE DAN AARON POLSTER
Transferee Judge

IT IS THEREFORE ORDERED that Case No. 5:26 CV 2091 is transferred to the docket of Judge Dan Aaron Polster as related to Case Number 1:26 CV 2013.

Date: September 3, 2026

/s/ *Donald C. Nugent*
JUDGE DONALD C. NUGENT
Transferor Judge