AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

TAYLOR CINDRICH, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

APPLE AMERICAN GROUP LLC,
APPLE AMERICAN GROUP II, LLC,

*Defendant(s)*

Civil Action No. 1:26CV2091

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apple American Group LLC
c/o Corporation Service Company - Registered Agent
1160 Dublin Rd
Suite 400
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, AR 72211
Email: service@eksm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTIAN M. CAPECE
*CLERK OF COURT*

Date: 8/31/2026

s/ Savannah Strouse

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26CV2091-DAP**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Apple American Group LLC** was received by me on **9/10/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Apple American Group LLC** at **1160 Dublin Rd Ste 400, Columbus, OH 43215** on **09/11/2026 at 2:09 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 166.74** for services, for a total of **$ 166.74**.

I declare under penalty of perjury that this information is true.

Date: 09/11/2026

*Server's signature*

**Melissa Lopez Cabral**

*Printed name and title*

**893 Camden Ave**
**Columbus, OH 43201**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Corporation Service Company, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Tracking #: **0241353696**