IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAYLOR CINDRICH, individually and on behalf of all others similarly situated, | ) | LEAD CASE NO. 1:26-cv-02013 |
| | ) | MEMBER CASE NO. 1:26-cv-02091 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| APPLE AMERICAN GROUP LLC AND APPLE AMERICAN GROUP II, LLC, | ) | **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Apple American Group, LLC and Apple American Group II, LLC respectfully move this Court to extend their respective deadlines to respond to Plaintiff Taylor Cindrich's Class Action Complaint until November 10, 2026.

Good cause supports the requested additional time to respond. The 49-page Class Action Complaint contains 224 paragraphs (with numerous subsections) and alleges four causes of action. Additionally, 13 additional related matters have been filed in this District and consolidated into this Action. This matter was served prior to Plaintiff agreeing to a waiver of service of summons; however, Plaintiff has agreed to extend the deadline to respond to the Class Action Complaint. Good cause exists because this action has been consolidated with 13 related matters, and Defendant needs additional time to investigate the Complaint and finalize a response. Defendants have not requested any prior extensions in this matter. This request is made in good faith and not for purposes of delay. There are no pending deadlines in this action and the requested extension will not prejudice any party. Plaintiff's counsel consents to the requested extension.

For the foregoing reasons, Defendants Apple American Group, LLC and Apple American Group II, LLC respectfully request the deadline for responding to Plaintiff's Class Action Complaint be extended until November 10, 2026.

Respectfully submitted,

*/s/ Tracey L. Turnbull*
Tracey L. Turnbull (0066958)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
(216) 443-9000 / Fax (216) 443-9011
tturnbull@porterwright.com

James F. Monagle (admitted *pro hac vice*)
Justin A. Rick (admitted *pro hac vice*)
MULLEN COUGHLIN LLC
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
(267) 930-1529
jmonagle@mullen.law
jrick@mullen.law

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 24, 2026, the foregoing Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's e-Filing System to all counsel of record.

*/s/ Tracey L. Turnbull*
One of the Attorneys for Defendants
Apple American Group, LLC and
Apple American Group II, LLC